IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
New Albany Division

| | |
|---|---|
| HARRY SCHURR AND LISA SCHURR, INDIVIDUALLY AND ON BEHALF OF THEIR MINOR CHILD, R.S.<br><br>Plaintiffs,<br><br>vs.<br><br>MJJ VENTURES LLC D/B/A TAYLOR'S NATURALS<br><br>Defendant. | Case No. 1:25-cv-888<br><br>**Removed from the State of Indiana, Floyd Superior Court 3, Cause No. 22D03-2503-PL-000521** |

## NOTICE OF REMOVAL

Defendant MJJ Ventures LLC d/b/a Taylor's Naturals (hereinafter "MJJ Ventures"), by counsel, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, hereby notices removal of the state-court civil action known as *Harry Schurr and Lisa Schurr, individually and on behalf of their minor child, R.S. v. MJJ Ventures LLC d/b/a Taylor Natural's*, from the Floyd Superior Court 3 in the State of Indiana, to the United States District Court for the Southern District of Indiana, and in support thereof states as follows:

### PROCEDURAL HISTORY

1. This action is being removed to federal court based on diversity jurisdiction.

2. On or about March 28, 2025, Plaintiffs filed their Complaint in the Floyd Superior Court 3 in the State of Indiana (the "State Court Action"). In accordance with 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served in this action are attached hereto in **Exhibit A**.

3. The Complaint was served on MJJ Ventures on April 17, 20225. See Ex. A.

4. MJJ Ventures has not attempted to remove this case previously.

5. As set forth more fully below, this case is properly removed to this Court pursuant to 28 U.S.C. § 1441 because MJJ Ventures has satisfied the procedural requirements for removal and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332.

## VENUE IS PROPER

6. Venue lies with this Court because the State Court Action is pending in the Floyd Superior Court 3 in the State of Indiana, which is within this Southern District.  See 28 U.S.C. §§ 1441 and 1446(a).

## REMOVAL IS TIMELY

7. MJJ Ventures was served with the Complaint on April 17, 2025.  Therefore, under 28 U.S.C. § 1446(b), this Notice of Removal is timely as it was filed within the 30-day deadline.

## NOTICE TO PLAINTIFF AND STATE COURT

8. Concurrently with the filing of this Notice of Removal, MJJ Ventures is giving written notice of removal to Plaintiffs (by serving Plaintiffs with a copy of this Notice of Removal, together with all exhibits) and by filing a copy of this Notice of Removal with the Clerk of the State Court pursuant to 28 U.S.C. § 1446(d).  A copy of the State Court Notice of Filing of Notice of Removal, without its exhibits, is attached hereto as **Exhibit B**.

## DIVERSITY OF CITIZENSHIP IS ESTABLISHED

9. This Court has original subject matter jurisdiction over this action under 28 U.S.C. § 1332(a) because there is complete diversity of citizenship between all properly joined parties and the amount in controversy presumably exceeds $75,000, exclusive of interest and costs.  This case is, therefore, removable under 28 U.S.C. § 1441(a).

10. Plaintiffs are citizens of the State of Indiana for purposes of determining diversity jurisdiction. *See* Ex. A, Comp., ¶ 1.

11. MJJ Ventures was incorporated in the State of Arizona and has its main office and headquarters in the State of Arizona, and is thus a citizen of Arizona for purposes of determining diversity jurisdiction. *See id.*, ¶ 2.

## THE AMOUNT IN CONTROVERSY EXCEEDS $75,000

12. Plaintiffs' Complaint relates to injuries and damages allegedly suffered as a result of the use of BALM! Baby Teeth Paste manufactured by this Defendant. Plaintiffs seek judgment against MJJ Ventures for alleged injuries and damages.

13. In the Complaint, Plaintiffs allege that the use of BALM! Baby Teeth Paste exposed their infant child to lead causing irreparable harm. *See id.*, ¶¶ 10-17.

14. Plaintiffs also seek punitive damages for claims asserted in Count VIII of their Complaint. *See id.* at ¶¶ 78-80. Punitive damages are properly considered in determining the amount in controversy "unless it is apparent to a legal certainty that such cannot be recovered." *Hayes v. Equitable Energy Res. Co.,* 266 F.3d 560, 572 (6th Cir. 2001). If Plaintiffs prevail on their claims, they could be eligible for punitive damages. Thus, Plaintiffs' claim for punitive damages is properly considered in the amount-in-controversy analysis.[1]

15. Accordingly, for purposes of removal based on diversity jurisdiction, the amount in controversy in this matter is in presumed to be excess of $75,000.00, exclusive of interests and costs.

---

[1] MJJ Ventures in no way concedes that Plaintiffs will actually be entitled to recover punitive damages or attorneys' fees.

16. Given that the requirements for diversity jurisdiction are satisfied, this case is properly removed.

WHEREFORE, Defendant MJJ Ventures LLC d/b/a Taylor's Naturals, by counsel, respectfully removes this action from the Floyd Superior Court 3 in the State of Indiana to this Court pursuant to 28 U.S.C. §§ 1441 and 1446, and requests that this Court retain jurisdiction for all further proceedings in this matter.

Dated: May 7, 2025

Respectfully submitted,

*/s/ Maxwell D. Smith*
Maxwell D. Smith
Kaylee F. Collins
Ward, Hocker & Thornton, PLLC
333 West Vine Street, Suite 1100
Lexington, KY 40507
Tel: 859-422-6000
Fax: 859-422-6001
Max.smith@whtlaw.com
Kaylee.collins@whtlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 7, 2025 , a true and correct copy of the foregoing was filed electronically, using the ECF system, and served via electronic mail to:

Edward M. Smid
Smid & Merchant LLC
12115 Visionary Way, Ste. 174
Fishers, IN 46038
esmid@smidlaw.com
*Counsel for Plaintiff*

*/s/ Maxwell D. Smith*
Maxwell D. Smith